UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MIGUEL CARABAJO, on Behalf of Himself
and All Others Similarly Situated,

                      Plaintiff,                    JUDGMENT

v.                                                    22-cv-04175-PKC-SJB

APCO INSULATION CO INC. and
KRESCO BEAMALINDRIC,

                      Defendants.
----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 8, 2025; and Defendants, APCO Insulation Co Inc. and Kreso Bezmalinovic a/k/a Kresco Beamalindric, jointly and severally, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Miguel Carabajo and opt-in Plaintiffs Caiza, Ceballos, Veloz, Castilla, Cazho, Huerta, Novas, Manjarrez, and Lliguicota, in the amount of Forty-Five Thousand Dollars and Zero Cents ($45,000.00), inclusive of all back wages, front pay, overtime pay, compensatory damages, statutory damages, liquidated damages, interest, attorneys' fees, liquidated damages, costs and expenses, and in satisfaction of any and all of Plaintiffs' claims for relief in this action as to all Defendants; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Miguel Carabajo and opt-in Plaintiffs Caiza, Ceballos, Veloz, Castilla, Cazho, Huerta, Novas, Manjarrez, and Lliguicota and against Defendants, APCO Insulation Co Inc. and Kreso Bezmalinovic a/k/a Kresco Beamalindric, jointly and severally in the amount of Forty-Five Thousand Dollars and Zero Cents ($45,000.00), inclusive of all back wages, front pay, overtime pay, compensatory damages, statutory damages, liquidated damages, interest, attorneys' fees,

liquidated damages, costs and expenses, and in satisfaction of any and all of Plaintiffs' claims for relief in this action as to all Defendants.

Dated: Brooklyn, New York  
      April 15, 2025

Brenna B. Mahoney  
Clerk of Court

By:   */s/Jalitza Poveda*  
       Deputy Clerk